QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Patrick T. Burns (Bar No. 300219)
  patrickburns@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Hyundai Motor America, Inc., Hyundai Motor Company, Kia Motors America, Inc., Kia Motors Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICK MUSGRAVE, DAVID KRAKAUER, JONATHAN RAISKIN, ALEXIS SALVADORE, and MAJORIE TYSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., KIA MOTORS CORPORATION,<br><br>Defendants. | CASE NO. 8:19-CV-01538-JLS-ADS<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>The Hon. Josephine L. Staton<br><br>Trial Date:         None Set |

WHEREAS, plaintiffs Rick Musgrave, David Krakauer, Jonathan Raiskin, Alexis Salvadore, and Marjorie Tyson ("plaintiffs") filed their Second Amended Class Action Complaint in this matter on September 16, 2019 ("Complaint") (Dkt. No. 38);

WHEREAS, this Court granted the parties' stipulation that defendants would respond to the Complaint by October 14, 2019, plaintiffs would oppose any motion filed in response to the Complaint by November 12, 2019, and defendants would file reply briefs by November 25, 2019 (Dkt. No. 37);

WHEREAS, the parties in a related case, *In re: Hyundai and Kia Engine Litigation*, Case No. 8:19-cv-00838, filed a motion for preliminary approval of a nationwide settlement on October 10, 2019 (8:19-cv-00838, Dkt. No. 112);

WHEREAS, in light of the preliminary approval motion in the related actions, the parties are assessing whether a stay of this action would be warranted pending completion of settlement proceedings;

WHEREAS, the parties to this action agree that the orderly progress of this action would be best advanced if defendants' response to the Complaint is stayed pending plaintiffs' decision regarding a voluntary stay of this litigation;

NOW THEREFORE, plaintiffs and defendants hereby agree and stipulate as follows:

1. The deadline for defendants to respond to the Complaint is extended 7 days to October 21, 2019;
2. Plaintiffs' opposition to any motions filed in response to the Complaint shall be filed on or before November 19, 2019;
3. Defendants' reply briefs shall be filed on or before December 2, 2019;
4. The hearing on the motions will be set December 20, 2019, or as soon thereafter as may be heard by the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  October 14, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  /s/ Shon Morgan
Shon Morgan
Attorneys for Hyundai Motor America, Inc., Hyundai Motor Company, Kia Motors America, Inc., Kia Motors Corporation

DATED:  October 14, 2019   **BURSOR & FISHER, P.A.**

By  /s/ Joel D. Smith
Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorcyzk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925-407-2700)
Email: ltfisher@bursor.com
         jsmith@bursor.com
         fklorczyk@bursor.com
Attorneys for Plaintiffs

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By    /s/ Shon Morgan
      Shon Morgan