**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com
          fklorczyk@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, DAVID KRAKAUER, JONATHAN RAISKIN, ALEXIS SALVADORE, and MARJORIE TYSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., KIA MOTORS CORPORATION,<br><br>Defendants. | Case No. 8:19-cv-01538-JLS-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 8:19-cv-01538-JLS-ADS

In light of the settlement in *In re: Hyundai and Kia Engine Litigation,* No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) and *Flaherty v. Hyundai Motor Co., et al.,* No. 18-cv-02223 (C.D. Cal.) (ECF No. 132), Plaintiffs Rick Musgrave, David Krakauer, Jonathan Raiskin, Alexis Salvadore, and Marjorie Tyson hereby dismiss all claims in this action without prejudice.  The Defendants have not served an Answer to Plaintiffs' Complaint, nor have they served a motion for summary judgment.  Accordingly, the action may be dismissed without a court order.

Dated:  November 3, 2020    **BURSOR & FISHER, P.A.**

By:  */s/ Frederick J. Klorczyk III*
　　　Frederick J. Klorczyk III

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
　　　jsmith@bursor.com
　　　fklorczyk@bursor.com

*Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 8:19-cv-01538-JLS-ADS

1