**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com
          fklorczyk@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, DAVID KRAKAUER, JONATHAN RAISKIN, ALEXIS SALVADORE, and MARJORIE TYSON, on behalf of themselves and all others similarly situated, <br><br>           Plaintiffs, <br>    v. <br><br> HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., KIA MOTORS CORPORATION, <br><br>           Defendants. | Case No.  8:19-cv-01538-JLS-ADS <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

1    In light of the settlement in *In re: Hyundai and Kia Engine Litigation,* No.

2    8:17-cv-00838-JLS-JDE (C.D. Cal.) and *Flaherty v. Hyundai Motor Co., et al.,* No.

3    18-cv-02223 (C.D. Cal.) (ECF No. 132), Plaintiffs Rick Musgrave, David Krakauer,

4    Jonathan Raiskin, Alexis Salvadore, and Marjorie Tyson hereby dismiss all claims in

5    this action with prejudice.  The Defendants have not served an Answer to Plaintiffs'

6    Complaint, nor have they served a motion for summary judgment.  Accordingly, the

7    action may be dismissed without a court order.

8

9    Dated:  December 8, 2020          **BURSOR & FISHER, P.A.**

10                                      By:_____*/s/ Frederick J. Klorczyk III*_____
                                          Frederick J. Klorczyk III
11

12                                      L. Timothy Fisher (State Bar No. 191626)
                                        Joel D. Smith (State Bar No. 244902)
13                                      Frederick J. Klorczyk III (State Bar No. 320783)
                                        1990 North California Blvd., Suite 940
14                                      Walnut Creek, CA  94596
                                        Telephone: (925) 300-4455
15                                      Facsimile: (925) 407-2700
                                        Email: ltfisher@bursor.com
16                                             jsmith@bursor.com
                                               fklorczyk@bursor.com
17

18                                      *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

28